Federal Question 1983 in cursory Civil Right Complaint others

"THE CLAP" "SYPHILLIS SORES" "CRAZY PEOPLE" vs "EVIL EMPIRE"
People with mental illness & STD's                    CRIMINAL ENTERPRISE

Q: 4th amend. By intellectual theft. Coercion, ~~lashing~~ Labels People By Society
                                                    Electronic torture that
STD's and symptoms are created by Electronic torture. It conquers and devides
People by Defaming their character. Health Dept. Big Pharma Profit. A.I. Algorythm that
Conquers, devides, makes everything harder see (Vanness v Acoustic Fingerprint) It oppresses
people by illegal means. STD tests Just test for presence of heavy metals. Hospitals
are aware that's why their in Criminal Enterprise. Over time heavy metals build up
in blood. That's why the say crazy people get that way from untreated
Syphellis or Gonareea see Crazy girl in bathroom in Turtle Bay on my Fingerprint
record and candice and tall can girl from Hotel. All victims of Electronic
torture all Labeled by Society. They use Drugs to escape the oppression by
illegal means and places like Hill country or Gold St Redding ca. Give them handouts
to keep them on street see (Girl that wore life vest I met downtown.)
and Christina C. from bath Room at hotel. All victims who are labled and
the medical field does nothing and blames them for not treating STD's
or drugs. Both of which are pushed by the "Drug pushers in the sky". the Evil
Empire built at the expense of these people.
5 million ever Diagnoses of mental illness
5 million for every + STD test
1000 for every pill prescribed for either Diagnoses
50,000 a month until unsiezed
10,000 Defamation every person notified by health Dept.

Forma Paupers see Vanness v Monroe county Booking officers


FILED BY _____ D.C.
MAR 13 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Craig Vonness 18005405
5501 College rd
key west FLORIDA
33040

MIAMI FL 330
10 MAR 2025 PM 5 L

Government Center
US District Court
400 N Miami
Miami, Florida 33128

REC'D BY _____ D.C.
MAR 13 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

9312891-80199

THIS LETTER IS FROM AN
INMATE/DETAINEE AT THE
MONROE COUNTY DETENTION CENTER
5501 COLLEGE ROAD, KEY WEST, FL 33040
ALL INCOMING MAIL MUST HAVE THE SENDERS
FULL NAME AND ADDRESS
INMATE/DETAINEES FULL NAME
PACKAGES, CASH, MONEY ORDERS OR PERSONEL
ITEMS. UNAUTHORIZED ITEMS WILL BE RETURNED
TO SENDER